IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

v.                                              NO.  5:11-CR-00087-003 (MTT)

**DRASHAWN LAMONT JOHNSON**

## <u>ORDER</u>

Drashawn Lamont Johnson, having filed a Pro Se motion for early termination of supervised release (Doc. 78) with no objections from the U.S. Probation Office or U.S. Attorney's Office, is hereby terminated from his term of supervised release previously imposed on October 30, 2012.

SO ORDERED this 19th day of February 2019.

S/Marc T. Treadwell
_____
MARC T. TREADWELL
U.S. DISTRICT JUDGE

Prepared by: DLC